# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re ) Case No. 2:09-bk-22042-MKN
)
Consolidated Orlando, Inc., A Nevad ) IN PROCEEDINGS UNDER CHAPTER 7
)
Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO: Clerk, United States Bankruptcy Court

FROM: William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| | | | $535,306.30 |
| | Sub-Totals | $ 0.00 | $535,306.30 |
| | Total check | | $535,306.30 |

SEE ATTACHED

Date: _____

Trustee William A. Leonard, Jr.

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| ROBERT ROSS | 7306 Sherwood Road | Philadelphia | PA | 19151 | $89.99 |
| AUBREY M BROWN | 300 E Tiger Ave | Post Falls | ID | 83854-6689 | $3,036.25 |
| Keith Newton | 7532 Richmond Ave | Kansas City | MO | 64138 | $7,008.98 |
| Martha Lucia Oviedo Rojas | CLL 148 12 30 Apt 102 | Bogota | 0 | 11571 | $7,179.00 |
| Amy Cottrill | 2156 Blossom Ln | Winter Park | FL | 32789 | $924.00 |
| Nina Francis Richey | 6803 Sunriver Ln | Vallejo | CA | 94591-6328 | $3,699.10 |
| Edna H. Hart | 3451 Lakeview Dr | Spring Valley | CA | 91977 | $9,011.79 |
| SANDRA JOHNSON | 2740 E. Booth Rd. | Au Gres | MI | 48703 | $21,499.68 |
| Tara Tubbs | 2751 Luna Pier Road | Erie | MI | 48133-0051 | $574.20 |
| TIFFANY BARKSDALE | 9621 Laurencekirk Place | Bristow | VA | 20136-2713 | $1,124.00 |
| CLAUDE J. FIOLA | 160 Enfield Crescent | Winnipeg | MB | R2H 1A9 | $1,234.00 |
| Francisco Perez Santiago | 151 CALLE CESAR GONZALEZ # 6501 | San Juan | PR | 918 | $7,425.00 |
| GALA HENDRICKS | 1445 N. Challenger Drive | Pueblo West | CO | 81007 | $1,464.39 |
| Ubaldo Suarez | 3613 NE 16th Ave. | Amarillo | TX | 79107-7201 | $884.50 |
| LARRY R ARMSTRONG | 7929 N Harrison St | Kansas City | MO | 64118 | $2,718.50 |
| Marva Benjamin | 198 Black Rock Ave | Bridgeport | CT | 06605-1201 | $2,385.44 |
| DAVID EDWARDS | 3208 N 9th Street | Ocean Springs | MS | 39564-6038 | $1,919.35 |
| Jesse D. Garner | 19017 Willow Oak Drive | Smithfield | VA | 23430-6112 | $9,132.32 |
| Jodi Wolfe | 9034 Moss Point Dr | Southaven | MS | 38671 | $2,074.40 |
| Isaac Carrington | 5607 Summerfield Ave. | Baltimore | MD | 21206 | $3,077.50 |
| Erika Cappert | 37054 N IL Route 59 | Lake Villa | IL | 60046-7334 | $6,868.77 |
| Sherry Heater | 5980 East 74th Place | Commerce City | CO | 80022 | $2,475.14 |
| Mian P. Boa | 5111 Yadkin Rd | Fayetteville | NC | 28303-3258 | $4,994.00 |
| PATTIE JONES | 1199 Sutton Road | Louisburg | NC | 27549-8360 | $17,714.50 |
| LORNE LARSON | 5106 41st Street | Lloydminster | AB | T9V 1P7 | $16,132.06 |
| MARGARET A HECKMANN | 2147 W. 110th St. | Chicago | IL | 60643 | $1,375.00 |
| WILLIAM BULL | 3508 Redwing Ct | Naperville | IL | 60564 | $2,335.00 |
| CARMEN G REYES | 12440 Tierra Nogal Dr | El Paso | TX | 79938 | $1,085.00 |
| WAYNE C BRYANT | 14232 S la Salle St | Riverdale | IL | 60827-2512 | $1,374.00 |
| Mark E Hamilton | 2308 Aramis Drive | Meraux | LA | 70075 | $1,935.00 |
| Jeannette Martin | 5 Harmony Ln Apt #25 | Lewiston | ME | 4240 | $13,137.00 |
| Lilly R. Naley | 836 Canyon Crest Dr | Irving | TX | 75063-4669 | $10,289.02 |
| MARIA HOLM | 46186 Via La Tranquila | Temecula | CA | 92592 | $2,057.60 |
| LaAlphamae Austin | 400 Verdun Ln | Franklin | LA | 70538-7326 | $670.50 |
| Ivonne Ramirez | 1112 Bellaire Dr | Andrews | TX | 79714 | $1,025.00 |
| Gloria Howard | 1961 Erickson Cir | Stockton | CA | 95206 | $1,224.50 |
| Ronald Rapp | 15343 Montauk Ln | Clermont | FL | 34714-6178 | $725.00 |
| Daniel E. Barreiro-Gomez | 919 Cohassett Ave | Lake Wales | FL | 33853 | $270.00 |
| Richard S. Reid | 147 Timber Ridge Dr | Macon | GA | 31216 | $17,029.58 |
| Olga M. Ramirez | 376 Briar Bay Cir | Orlando | FL | 32825 | $1,603.28 |
| Larae D. Welch | 11913 Snapping Turtle Ln | Huntersville | NC | 28078-2367 | $512.14 |
| E Chama-Dickerson | 409 E. 56th ST | Long Beach | CA | 90805 | $3,360.78 |
| Julio L. Rivera | 1041 Gerona Ave | Deltona | FL | 32725 | $450.00 |
| Veronica Fuller | 10790 Paladin Dr | Hampton | GA | 30228-2120 | $1,703.12 |
| Kimberly S. Ingram | 1501 Cole Road | Orlando | FL | 32803 | $180.00 |
| Rodolfo Del Hoyo | 14603 Daybreak Dr | Lutz | FL | 33559 | $270.00 |
| Timothy Harrison | 112 Pequot Ct | Milford | PA | 18337 | $897.89 |
| Lynda R. Stewardson | 484 Brooke | Wyoming | ON | N0N 1T0 | $1,684.40 |
| Jose J. Serrano | 147 Timbercreek Pines Cir | Winter Garden | FL | 34787 | $936.77 |
| Lizbeth Garcia Vazquez | 4782 Windwood Dr | Kissimmee | FL | 34746 | $360.00 |
| Victor L. Silva | 4782 Windwood Dr | Kissimmee | FL | 34746 | $270.00 |
| Mariann M. Wascher | 15021 Cape Ln | Orlando | FL | 32831 | $827.00 |
| Grace A. Millerd | 16816 Bellwood Mnr | Tampa | FL | 33618 | $725.00 |
| Robin G. Andrews | 4135 Stag Run Ct | Tallahassee | FL | 32311 | $774.50 |
| Mireya R. Flores | 6509 Overlook Dr | Houston | TX | 77041 | $1,782.38 |
| Mr. Christopher R. Allen | 27 Gandhi Court | Watford Hets | 0 | WD244G | $450.00 |
| Moises Baez | 789 Ilene Rd E | West Palm Beach | FL | 33415-3712 | $1,064.00 |
| ANALUISA DOMINGUEZ | 4741 S Nettz Rd | Oregon | IL | 61061-9524 | $1,878.03 |
| Justin M. Luther | 7300 B Doles Ct Apt B | Fort Stewart | GA | 31315 | $629.10 |
| Arthur C. Samuel | 1114 27th Street E | Bradenton | FL | 34208-3980 | $270.00 |
| Carlos M. Chacon | 191 Lakeside Cir | Sanford | FL | 32773-4517 | $270.00 |
| EDWARD TOBIAS | 155 Baynes Rd | Waynesboro | VA | 22980-6325 | $2,721.49 |
| Thomas J Shaw | 1 Keel Ave | Jamestown | RI | 2835 | $2,062.42 |
| Griffis | 7284 45th Rd | Live Oak | FL | 32060 | $270.00 |
| pamela h cavanaugh | 6518 65th Avenue Dr E | Bradenton | FL | 34203-9768 | $495.00 |
| ENRIQUE MENDEZ | 4613 George Patton | El Paso | TX | 79924-6017 | $925.00 |

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| ANGELA CANO | 7535 Shoestring Ranch Road Po Box 304 | Las Cruces | NM | 88012 | $270.00 |
| Hortense E Miller | 1022 Elm Street | Wilmington | DE | 19805 | $725.00 |
| MABELLE R GREGORIO | 1220 NE 130th Ter | Silver Springs | FL | 34488-3553 | $89.10 |
| Jorge Gonzalez | 10210 Newville Ave | Downey | CA | 90241-3037 | $274.50 |
| JOHN T GREEN SR | 14621 Independence Dr. | Plainfield | IL | 60544 | $450.00 |
| YVONNE LEE | 3511 West Polk Street | Chicago | IL | 60624 | $369.00 |
| THOMAS BARRIOS | 44629 Brawley | Jacumba | CA | 91934 | $1,774.00 |
| Morando Maye | 6599 Collinsdale Rd. Apt G | Parkville | MD | 21234-1301 | $270.00 |
| TINISHA N GREEN | 1136 Mill Creek Lp | Leland | NC | 28451 | $2,114.00 |
| SARAH B BOWERS | 28890 Topsfield court | Temecula | CA | 92591 | $3,519.14 |
| LATISHA E REYES | 114 Latimer Terrace | Syracuse | NY | 13202 | $630.00 |
| GRETCHEN EMMETTS | 53 Cole Street | Kingston | MA | 2364 | $1,224.00 |
| ADRAIN V BARLOW | 101 Hudson Bridge Lane | Stockbridge | GA | 30281 | $270.00 |
| KERRY M FRISBY | 52 Treasure Key | Hampton | VA | 23666-4944 | $1,124.00 |
| MICHELLE J TESSIER | 5 Elberton Ave | Goose Creek | SC | 29445-4426 | $450.00 |
| Lisa Kozlowski | 1796 Carle Way | Riverside | CA | 92501 | $12,368.00 |
| Yolanda Blakney | 4445 Canterbury St | Mount Olive | AL | 35117 | $135.00 |
| Maggie E. Sarmiento | 823 Game Trail | Lakemoor | IL | 60051-6407 | $7,020.36 |
| GERRALD B MCMURRAY | 267 Lester St. #208 | Oakland | CA | 94606 | $1,116.00 |
| CHARLES A RICHARD | 5009 Zinfandel Lane | Vallejo | CA | 94591 | $1,374.00 |
| Rena Hilton | PO Box 124 | Taylorsville | MS | 39168-0124 | $540.00 |
| ALAN K HUNTER | 194 Kentwood Springs Dr | Hampton | GA | 30228 | $360.00 |
| STACY HAMPTON | 73481 Debast Road | Rainier | OR | 97048 | $1,435.00 |
| Michael J. Smith | 1224 Brown Terrace Rd | Louisville | GA | 30434-3829 | $270.00 |
| Robert Brent Webb | 205 Cheadle Loop Rd | Seaford | VA | 23696 | $835.00 |
| HEATHER M SANDERS | 311 46th St W | Bradenton | FL | 34209-2869 | $1,623.00 |
| RHONDA L SAUSEDO | 4305 Willow Tree Lane | Yorba Linda | CA | 92887-7126 | $885.00 |
| COLLEEN E ROUSH | 2211 Fairview | Casper | WY | 82609 | $270.00 |
| Valerie D. Turner | 568 4th St | Chipley | FL | 32428-1181 | $360.00 |
| ROMERO MEDIA | 3115 Chamonix Dr | Cumming | GA | 30041 | $1,124.00 |
| PATRICIA A KELLY | 24 Mackay Ln | Newark | DE | 19713 | $270.00 |
| ROBERT LOMBA | 16 Swan St. | East Providence | RI | 2914 | $1,735.00 |
| TRAVIS THOMAS | 5808 Bridal Trail | Fort Worth | TX | 76179 | $1,485.00 |
| Algia L. Donaldson | 6902 Ravenna Ave | Orlando | FL | 32819 | $964.00 |
| RONALD A COPELAND | 2055 Johnsville Brookville Rd | Brookville | OH | 45309 | $2,829.00 |
| Amelia Laxamana | 3707 N 188th Ave | Litchfield Park | AZ | 85340-8536 | $1,024.00 |
| John Cordova | 10919 Sombra Verde Drive | El Paso | TX | 79935 | $1,924.00 |
| Marisol M. Cooper | 162 Jules Dr | Staten Island | NY | 10314 | $1,124.00 |
| Todd G. Williams | PO Box 14 | Reno | PA | 16343 | $1,063.00 |
| STEVE LUIS | 2779 Carmel Ct | Atwater | CA | 95301-2000 | $1,035.00 |
| Virginia Walker | 3001 Banks Ave | Mobile | AL | 36617 | $270.00 |
| DAVID F TAYLOR | PO Box 285 | Charlestown | IN | 47111-0285 | $1,124.00 |
| SHERIVA WILLIAMS | 3306 W Marquette Rd | Chicago | IL | 60629-3553 | $270.00 |
| LOUVINA G SILVA | 82822 Via Palermo | Indio | CA | 92201-5387 | $975.00 |
| Brett L. Day | 917 Walnut Dr | Kirkland | IL | 60146 | $540.00 |
| MONICA GRABER | 2224 Blue Jay Ln | West Richland | WA | 99353 | $1,362.50 |
| LENWARD A MCMILLAN | 276 Jefferson Ave | York | PA | 17401 | $1,124.00 |
| SHELIA G HOLLAND | 741 Amberwood Dr | Tuscaloosa | AL | 35405-9796 | $2,623.00 |
| LEANN LARSON | 1501 13 Avenue South | Great Falls | MT | 59405 | $450.00 |
| Chris Goldman | 1530 Yellowstone Ct | Rocklin | CA | 95765-5819 | $1,655.00 |
| DONALD A. KNUTSON | 1323 Miles St | Chippewa Falls | WI | 54729-1926 | $4,925.00 |
| STEPHEN R BEYER | 12346 Sandy Point Ct | Silver Spring | MD | 20904-1874 | $450.00 |
| robert intia | 1612 Pebble Pl | Parlin | NJ | 08859-2416 | $270.00 |
| JAIME F RODRIGUEZ | 8596 Over Hill Dr. | Manassas | VA | 20111 | $270.00 |
| LISA D.MRS TAYLOR | 20 Upland Drive | Brooks | AB | T1R 0R2 | $975.00 |
| PHILIPPUS S KRUGER | 5211 Central Avenue | Riverside | CA | 92504-5813 | $1,135.00 |
| Nora Grant | 15302 18th Ave. Ct E. | Tacoma | WA | 98445-2482 | $984.50 |
| RANDY LEE ELDRIDGE | 183 Hollyhock Ln | Annapolis | MD | 21409 | $270.00 |
| GERMAN ACEVEDO-VELEZ | 275 Willard St | Leominster | MA | 1453 | $450.00 |
| Antonio Womack | 210 Park Ave | Wilkes Barre | PA | 18702 | $270.00 |
| JAMES A BARBARA | 8260 Cleary Blvd #2604 | Fort Lauderdale | FL | 33324 | $270.00 |
| Stacy Torkopoulos | 3 Windridge Drive | Markham L3P 1T7 | ON |  | $73.17 |
| Christilyn Levarity | 2519 J R St | Orlando | FL | 32839-5282 | $7,447.50 |
| Amanda Payton | 4247 Peake Mtn Rd | Fulks Run | VA | 22830 | $202.50 |
| Alejandro Vidales | 11979 Greenbrier St | Derby | OH | 43117 | $1,634.00 |
| Angela Allen | 1105 Long Street | Saint Louis | MO | 63106 | $630.00 |

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Shereka D. Perkins | 1621 Joanne St | Memphis | TN | 38111-3773 | $1,203.50 |
| Joseph Hicks | 964 Burem Road | Rogersville | TN | 37857 | $180.00 |
| Antonio Farmer | 1836 Cedar Walk Ln | Conley | GA | 30288 | $270.00 |
| Melika Wingate | 5229 Chinaberry Road | Florence | SC | 29506-9019 | $6,204.54 |
| Katherine Ray | 975 Lindsey Avenue | Deptford | NJ | 8096 | $6,912.71 |
| Maria Galvez | 5520 Eton Ct | Boca Raton | FL | 33486-8659 | $1,025.00 |
| Shirley McClora | 412 Sonoma Dr | Valrico | FL | 33594-3040 | $1,104.79 |
| Betty Salazar | 1445 Crystal 1 | San Antonio | TX | 78211 | $17.83 |
| Andre W. Harmon | 1946 Kennit Ct. Woods II | Cherry Hill | NJ | 8003 | $1,935.86 |
| Annette Mucker | 4626 Arbela Road | Millington | MI | 48746 | $2,236.88 |
| Charlene D. Wright | 163-20 122 Ave | Jamaica | NY | 11434 | $815.00 |
| Tanangela Thomas | 198 University Heights | Monticello | AR | 71657-0939 | $450.00 |
| RICHARD S DZIEDZICKI | 17845 Shurmer Rd | Strongsville | OH | 44136-6161 | $1,434.39 |
| DION A ANDERSON-JONES | 10250 Oasis Palm Dr | Tampa | FL | 33615-2782 | $724.00 |
| eric v grey | 91 Howland St | Dorchester | MA | 02121-1705 | $540.00 |
| Jeffrey Smith | 404 Redwood Dr | Kokomo | IN | 46902-3686 | $404.55 |
| JEARDON HOPE | Ramey 18 Cliff Rd | Aguadilla | PR | 603 | $5,156.44 |
| Kimberly Best | 9838 Bernwood Place Dr #103 | Fort Myers | FL | 33966 | $3,034.00 |
| Sally Scharping | 17459 Town Ave | Brewster | MN | 56119 | $914.00 |
| DEBRA J JONES | 102 Pinecove Ave | Odenton | MD | 21113-2676 | $270.00 |
| JOSEPH A WEIR | 727 Main St Apt 9 | New Rochelle | NY | 10801-6833 | $360.00 |
| RENEE Y ROMERO | 12814 Bloomfield Ave. | Norwalk | CA | 90650 | $2,045.00 |
| Chad Bissette | 12150 Camp Charles Rd | Bailey | NC | 27807-8508 | $9,621.02 |
| James Keener | PO Box 833 | Plains | KS | 67869 | $1,535.00 |
| GARY MC CAULLEY | 84 Mic-Nan Drive | Middletown | PA | 17057 | $7,524.51 |
| Gavin Winnicki | 34 Wilson Rd | Somerset | NJ | 8873 | $914.00 |
| MANUEL PEREIRA | 225 59th Street | West New York | NJ | 07093-2721 | $914.00 |
| manuel j hevia | 6775 NW 14th St | Pompano Beach | FL | 33063-2506 | $4,925.00 |
| Terry L. Fleming | #REF! | #REF! | #REF! | #REF! | $7,393.34 |
| SYLVIA MCCOY MCRAE | 917 Balaye Ridge Cir Apt. 201 | Tampa | FL | 33619 | $724.00 |
| STEPHEN D JOLLY | 7041 MacBeth Way | Sykesville | MD | 21784-5918 | $714.00 |
| MIRIAM DE ARCE | 1947 SW 131 Place Ct | Miami | FL | 33175-1343 | $824.00 |
| DE HLYWA | 35 Aldrich St | Sayville | NY | 11782 | $1,335.00 |
| MALCOLM S HARRIS | 1236 Nadine Dr Apt A | Heath | OH | 43056-9235 | $824.00 |
| BETTY HANLEY | 15630 NW 39th Pl | Opa Locka | FL | 33054-8750 | $360.00 |
| Stacey L. Fowler | 15750 Mustang Rd | Marion | IL | 62959-6815 | $4,925.00 |
| THAI BUI MARTINE | PO Box 4628 | Pensacola | FL | 32507-0628 | $824.00 |
| SHEILA P TUCKER | 3 Farmhouse Rd | Newark | DE | 19711-7458 | $180.00 |
| Christine Hewlett | 11987 Elmgrove Cir | Cincinnati | OH | 45240-1538 | $914.00 |
| MA DILLOW | 4509 State Route 3 | Red Bud | IL | 62278-3617 | $1,124.00 |
| CURTIS WIGGINS | 12773 Raenette Way | Moreno Valley | CA | 92553-4709 | $1,335.00 |
| WS CRONIN | 3890 Eastwind cove rd | Denver | NC | 28037 | $1,285.00 |
| Bambi L. Stevens | 78 Webster Heights Rd | Roanoke | VA | 24012 | $14,925.00 |
| Young | 1700 Northwoods Dr | Kings Mountain | NC | 28086-4118 | $225.00 |
| CHARLES KARNEHM | 710 Governors Rd | Troy | OH | 45373-6700 | $824.00 |
| TONYS TIPS | 4538 Will O Wood Blvd | Jackson | MS | 39212-3547 | $924.00 |
| Johnson | 6010 Horseshoe Ln | Fairburn | GA | 30213 | $225.00 |
| KEITH E CLAY | 5324 Taywell Dr | Springfield | OH | 45503 | $409.50 |
| GABRIEL LOPEZ | 329 Kahlo Loop | Laredo | TX | 78045-6644 | $924.00 |
| JUNE K BAUMGARTNER | 1250 Cedar Ridge Cir | Roach | MO | 65787 | $1,274.00 |
| Lorena A. Aquino | 1701 W Padre Dr | West Covina | CA | 91790 | $270.00 |
| JANE M KLEINMAN | 12411 Ebnet Cir | Minnetonka | MN | 55343-8737 | $17,335.00 |
| MARK E WALKER | 607 106th St S | Tacoma | WA | 98444 | $1,035.00 |
| Roselia Marchan | 12833 Big Sur Drive | Tampa | FL | 33625 | $360.00 |
| Rocco Desomma | 8011 3rd Avenue | North Bergen | NJ | 7047 | $270.00 |
| Patricia Ross | 1318 S Summerlin Ave | Sanford | FL | 32771-3927 | $1,325.00 |
| Judith Fitzgerald | 1925 Lake Marshall Dr | Gibsonia | PA | 15044-7434 | $90.00 |
| Willy Johnson | 1280 Redbird Ave. | Miami Springs | FL | 33166 | $1,175.00 |
| Eric Y. Olsen | 1525 Spring Harbor Dr Apt G | Delray Beach | FL | 33445-6872 | $180.00 |
| Cokiliar Brown | 7900 Lindbergh Blvd Apt 3002 | Philadelphia | PA | 19153-2003 | $270.00 |
| Carmen A. Jackson | 1308 N Pine St | Lumberton | NC | 28358-4740 | $180.00 |
| Lucretia Johnson | 12614 SE Old Cypress Dr | Hobe Sound | FL | 33455-7926 | $270.00 |
| Robin Walker | 4600 Parkway Blvd | Land O Lakes | FL | 34639-4150 | $270.00 |
| Derek Sinanan | 6883 Spring Valley Ct | Douglasville | GA | 30135-4583 | $270.00 |
| Connie D. Clark | 10627 Winterhill Rd | Panama City | FL | 32409-2463 | $270.00 |
| Thomas R. Kee | 10844 SW 182nd Ln | Miami | FL | 33157-8022 | $90.00 |

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| robert a mccoy | 254 Martin Rd  PO Box 104 | Eagle Bay | NY | 13331 | $7,425.00 |
| MRS TERESA LEONARD | Halfquarter Ballisodare | County Sligo | Ireland | | $1,420.00 |
| DORCELLE DRAUGHN | 3080 Ridge Hill Pkwy | Douglasville | GA | 30135 | $90.00 |
| Bret C. Moore | PO Box 70 | Cordova | SC | 29039-0070 | $1,320.00 |
| Lorene A. Kosakowski | 6254 State Route 534 | W Farmington | OH | 44491-9760 | $270.00 |
| Angela M. Brazelton | 1246 Antram Rd | Wilmington | OH | 451779652 | $270.00 |
| Kimberly P. Fletcher | 844 Gillen Ave NW | Palm Bay | FL | 32907-7781 | $270.00 |
| Willie A. Cannady | 254 Christian Rd | Mc Cormick | SC | 29835-7114 | $270.00 |
| M Edmonds | 2022 Summerhill Ln | Henderson | KY | 42420-9142 | $270.00 |
| Juliet C. Vondrak | 620 Rohnert Park Expy W Apt 268 | Rohnert Park | CA | 94928-7974 | $270.00 |
| Lucille N. Clement | 4301 SE 13th Pl | Cape Coral | FL | 33904-5347 | $270.00 |
| James T. Smith Jr. | 5322 Ames St NE | Washington | DC | 200196659 | $1,320.00 |
| Lawrence D. Ragland | 5024 Chandelle Dr | Pensacola | FL | 32507-8118 | $270.00 |
| Ekaete N. Anakah | PO Box 896 | Brockton | MA | 2303 | $270.00 |
| Denis V. Wojtan | 4277 NW 5th Dr | Deerfield Beach | FL | 33442-8008 | $270.00 |
| Albert Diggs | 1616 N 6th St | Philadelphia | PA | 19122 2911 | $540.00 |
| Merle Aviles | 1970 Veterans Hwy C-2 | Levittown | PA | 19056-2515 | $270.00 |
| Michael Bailey | RR 4 Box 4176 | Cassville | MO | 65625-9403 | $1,320.00 |
| Lori Y. Depass | 4813 Mango Dr | Tamarac | FL | 33319-3146 | $1,320.00 |
| Sylvia Green | PO Box 2914 | Seabrook | NH | 03874-2914 | $270.00 |
| Kenneth Tuck | 40 S Hillcrest Dr | Germantown | OH | 45327-9315 | $270.00 |
| Susan Walling | 4178 Pierce Rd | Powhatan | VA | 23139-6913 | $270.00 |
| Jason M. King | 123 Hunnewell St | Needham | MA | 02494-1823 | $1,320.00 |
| Benjamin Floyd | 123 Champions Green Dr | Madison | AL | 35758-7507 | $270.00 |
| Daniel Degrace | 1034 Willow St. Pike | Lancaster | PA | 17602 | $270.00 |
| Anne Marie Tomosky | 2903 Marshall Rd | Drexel Hill | PA | 19026-2223 | $270.00 |
| Alan M. McLeod | 3 Tupelo Cir | Hurlburt Field | FL | 32544-1035 | $270.00 |
| Victor D. Stubbs | 181 Magnolia Ave | Leesburg | GA | 31763-4331 | $270.00 |
| Holley S. Williams | 58 Ash Cv | Marion | AR | 72364 | $1,320.00 |
| Carolyn Y. Mackey | 56 Channing Ave | Portsmouth | VA | 23702-2814 | $1,320.00 |
| Jonathan Goldman | 2202 Phenix Ave | Cranston | RI | 02921-1212 | $270.00 |
| CHRISTIAN MALOID | 15325 Ronda Ave | Baton Rouge | LA | 70816-1832 | $270.00 |
| Sammie Judkins | 15244 Pebblebrook Dr | Belleville | MI | 48111-5188 | $270.00 |
| Alan S. Fox | 41 Colonial Rd | Medfield | MA | 02052-1102 | $1,320.00 |
| Sobhagwati Persuad | 104 33 125th St. | S. Richmond Hill | NY | 11419 | $270.00 |
| Frank E. Bruce | 2998 Garland Dr. SW | Marietta | GA | 30008 | $90.00 |
| Robert K. Weimer | 6613 Red Jacket Rd | Springfield | VA | 22152-2635 | $1,320.00 |
| Dora K. Castillo | 3955 Pine Cove Road | Billings | MT | 59102 | $1,320.00 |
| Margaret Leitzel | 10341 Higgins Dr | North Benton | OH | 44449-9704 | $1,320.00 |
| Lucas Aalmans | 85 Reservoir St | Cambridge | MA | 02138-6837 | $1,320.00 |
| William Kester | 3939 Friendship Ledford Rd | Winston Salem | NC | 27107-9721 | $270.00 |
| Myrta B. Harrison | PO Box 955 | Fieldale | VA | 24089-0955 | $270.00 |
| Johnny Santana | 2314 Fieldcrest Rd | Augusta | GA | 30906-9461 | $270.00 |
| Kevin Whitling | 140 Stewart Rd | Pilesgrove | NJ | 08098-3223 | $270.00 |
| Mary K. Rhyne | 64 McNeil Trl | Richmond Hill | GA | 31324-5458 | $1,320.00 |
| SAM M ANDERSON JR | 4766 County Road 101 | Robstown | TX | 78380 -5281 | $135.00 |
| MAGGIE E WALLACE | 1809 Mountain Dr | Millville | NJ | 08332-1729 | $270.00 |
| RB Smith | 1575 N Coats Rd | Oxford | MI | 48371-3111 | $1,320.00 |
| Seth Klase | 26 Jackson Rd | Enfield | CT | 06082-4138 | $270.00 |
| Lori M. Turturici | 84 Justice Way | Elkton | MD | 21921-7253 | $1,320.00 |
| Monique G.Norris | 1715 Garden St | Jacksonville | FL | 32209-5925 | $270.00 |
| Whitney F. Gray | 1523 Ivy Bluff Way | Matthews | NC | 28105-0303 | $270.00 |
| John R. Willis | 7244 Lonesome Pine Trl | Medina | OH | 44256-7132 | $1,320.00 |
| June M. Adams | 1303 Valley Grove Dr Apt B | Seffner | FL | 33584-4567 | $270.00 |
| Barbara C. Scheib | 360 Blevins Ln | Dayton | TN | 37321 | $820.00 |
| Maria Petropoulos | 4 Casco Dr Apt E | Nashua | NH | 03062-4768 | $1,320.00 |
| Lelia Thompson | 27208 Highland Rd | Cleveland | OH | 44143-2718 | $270.00 |
| Karen K. Mohme | 2693 Jade Pointe Ct | Waynesville | OH | 45068-9684 | $1,320.00 |
| Carole M. Danielson | 11050 S Nagle Ave | Worth | IL | 60482-1642 | $270.00 |
| Moncia Deane | 719 Boulder Spring Dr. | Richmond | VA | 23225 | $820.00 |
| RAYMON MOLINA | 1225 S 58th Ave | Cicero | IL | 60804-1111 | $270.00 |
| Stacey Jackson Benson | 413 E Lincoln St | Media | PA | 19063-3825 | $270.00 |
| HEATH CLOWER | 5016 Atkins St | North Little Rock | AR | 72117-4802 | $1,420.00 |
| ROBERT SANTIAGO LAWN SERVI | 4108 9th West | Lehigh Acres | FL | 33971 | $270.00 |
| Stan Deal | 5604 Brackin Rd. | Donalsonville | GA | 39845 | $270.00 |
| TAMERA N HAIRSTON | 713 Southampton Dr NW | Concord | NC | 28027-4284 | $270.00 |

| Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| DANNY L WADE | 1203 Andrews Dr | Lithia Springs | GA | 30122 | $ 90.00 |
| CECIL A GRANT | 2400 Woodlake Dr. Apt. 204 | Palm Bay | FL | 32905 | $ 135.00 |
| RENEE W WILLIAMS | 91 Williams Rd | Trenton | SC | 29847-2525 | $ 1,420.00 |
| Debra Ann Czodli | 4108 Tasseff Ter | Hamburg | NY | 14075 | $ 90.00 |
| PETER MUNGAI | 3810 N 52nd St | Tampa | FL | 33619-1006 | $ 135.00 |
| Peter Mungai | 3810 N 52nd St | Tampa | FL | 33619 | $ 135.00 |
| Shannon Timmons Pagano | 257 Diamond Ridge Blvd. | Auburndale | FL | 33823 | $ 90.00 |
| Debra Ann Czodli | 4108 Tasseff Ter | Hamburg | NY | 14075-6422 | $ 360.75 |
| David Woodward | 1649 Athens St. | Lakeland | FL | 33803 | $ 90.00 |
| SHARON L BERNARD | 6625 Forest Cross Dr | Charlotte | NC | 28216-1828 | $ 270.00 |
| BONNIE J CASSE | 12 Lake dr | Greenwood Lake | NY | 10925 | $ 270.00 |
| ALT GENERAL SERVICES, | 2721 Peyton Springs Cir | Altanta | GA | 30311 | $ 675.00 |
| ZUBERI JEFFERSON | 3416 Grandview Drive | Simpsonville | SC | 29680 | $ 270.00 |
| ROGER MCSWAIN | 16685 Cottonwood Rd. | Gordon | AL | 36343 | $ 360.00 |
| SHANNON CHIDLEY | 15320 El Molino St | Fontana | CA | 92335 | $ 4,551.74 |
| ERIC BEAMON | 1923 Lawrence St. NE | Washington | DC | 20018 | $ 6,450.00 |
| BILLY MATA | 124 Green Jay Ave | Pharr | TX | 78577 | $ 452.03 |
| JOHNNY LE | 7731 Water Park Ln | Houston | TX | 77086 | $ 938.96 |
| ANANT VALLAYA | 1535 Edly Cove Ct | North Brunswick | NJ | 8902 | $ 306.90 |
| ALEJANDRO SANTIAGO | 319 Blue Bayou Dr | Kissimmee | FL | 34743 | $ 153.03 |
| JEFFERY JOHNSON | 1225 Alpine Lake Dr | Brandon | FL | 33511 | $ 154.80 |
| CYNTHIA WADE | 1850 S Duette Rd | Myakka City | FL | 34251 | $ 1,425.00 |
| David Penn | 3514 Maple Hill Rd | Lithonia | GA | 30038 | $ 1,019.04 |
| FRANCIS & LINDA PORTER | 237 S 45th Street | Phiadelphia | PA | 19104 | $ 1,811.42 |
| SANDY & NIRIS TYLER | 5725 Curtis Clark Dr # 4521 | Corpus Christi | TX | 78412 | $ 1,395.72 |
| TYRONE & LYDIA FORBES | 443 Still Forest Terrace | Sanford | FL | 32771 | $ 2,609.40 |
| JASPER DREW JR | 503 Edwin Street | Montezuma | GA | 31063 | $ 9,494.30 |
| JERRY & DEBORAH JOHNSON | 150 Freiberg Drive | Lincoln University | PA | 19352 | $ 1,189.15 |
| BRUCE NEALE | 16 Jenny Dickey Hill Rd | Derry | NH | 3038 | $ 6,416.20 |
| JUAN & JUANITA ESPINOZA | 2801 Los Pinos | Edington | TX | 78541 | $ 239.67 |
| JODY & ATANYA JONES | 162 Fulp Farm Rd | Kernersville | NC | 27284 | $ 2,511.70 |