NVB 7067 (Rev 12/15)



RECEIVED
AND FILED

2017 APR 28  PM 2 54

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

Consolidated Orlando, Inc., A Nevada

Debtor(s).

BK- 22042-MKN
Chapter 7

MOTION TO WITHDRAW MONEY
UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ __3,077.50__ in the above- named case issued to __Isaac Carrington__. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

☑ Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

☐ Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)

_____

_____

_____

_____

1  Please attach copies of any supporting documentation.[1]

2

3  Date: April 26, 2017

4

5

6

7                                               Signature of Claimant or Attorney

8                                               Isaac Carrington
                                                Printed Name
                                                5607 Summerfield Ave.
9
                                                Baltimore, Maryland 21206
10
                                                Mailing Address
11

12

...

21  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

22  _____

23      (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
        (ii) If claimant is assignee of creditor, attach copy of assignment.
24      (iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
        (iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency
25      agreement.
        (v) Attach other documents showing entitlement should none of the foregoing apply.

26

                                                2