

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 22, 2017
_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CONSOLIDATED ORLANDO, INC.

                    Debtor(s)

BK−09−22042−mkn
CHAPTER 7

ORDER FOR
PAYMENT OF UNCLAIMED FUNDS

_____

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 2,609.40 constituting an unclaimed dividend is declared due to Tyrone & Lydia Forbes.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Tyrone & Lydia Forbes
c/o Dilks & Knopik
35308 SE Center Street
Snoqualmie, WA 98065

###