

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 23, 2017
_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:  
CONSOLIDATED ORLANDO, INC.  

           Debtor(s)

BK−09−22042−mkn  
CHAPTER 7

ORDER FOR  
PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 6,204.54 constituting an unclaimed dividend is declared due to Melika Wingate.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Melika Wingate  
c/o Dilks & Knopik  
35308 SE Center Street  
Snoqualmie, WA 98065

###