

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 23, 2017

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−09−22042−mkn<br>CHAPTER 7 |
| CONSOLIDATED ORLANDO, INC. | |
| Debtor(s) | ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS |

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 4,551.74 constituting an unclaimed dividend is declared due to Shannon Chidley.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Shannon Chidley
c/o Dilks & Knopik
35308 SE Center Street
Snoqualmie, WA 98065

###