UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED
2017 MAY 22 PM 3 12
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE: )
) BK-S 2:09-bk-22042-MKN
)
Consolidated Orlando, Inc., A ) HEARING DATE:
Nevada )
) HEARING TIME:
)
Debtor ) APPLICATION TO WITHDRAW
) MONEYS UNDER 28 U.S.C. 2042

Dilks & Knopik, LLC, Applicant, states that there was a dividend check in the amount $1,320.00 in the above-named case issued to Alan S. Fox. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because~~ (**Please state the basis for your claim to the moneys**) _____

_____
_____
_____
_____

The creditor did not receive the initial dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Alan S. Fox. Alan S. Fox's current address is 16 Bancroft Commons, Franklin, MA 02038.

(please attach copies of any supporting documentation *)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to Alan S. Fox c/o Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

Date: May 18, 2017



Brian J. Dilks, Managing Member
Attorney-in-Fact for Alan S. Fox
35308 SE Center St.
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 18 day of May, 2017

Jeffrey A Hudspeth, Notary Public
My commission expires October 19, 2019

\* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

  (ii) If claimant is assignee of creditor, attach copy of assignment.

  (iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

  (iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

  (v) Attach other documents showing entitlement should none of the foregoing apply.

## CERTIFICATE OF SERVICE OF APPLICATION
## ON U.S. ATTORNEY

Notice is hereby given that on May 18, 2017 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney for the District of Nevada by U.S. Mail at the following addresses:

        United States Attorney
        501 Las Vegas Boulevard South
        Suite 1100
        Las Vegas, NV 89101

Dated: May 18, 2017

        Brian J. Dilks, Managing Member
        Dilks & Knopik, LLC
        Attorney in Fact for Alan S. Fox

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No: 2:09-bk-22042-MKN |
| | |
| Consolidated Orlando, Inc., A Nevada | Hearing Date:<br>Hearing Time: |
| | |
| Debtor(s) | ORDER FOR PAYMENT OF<br>UNCLAIMED FUNDS |

UPON the foregoing Application and in accordance with the provisions of 28 USC 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,320.00 constituting an unclaimed dividend is declared due to Alan S. Fox.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Alan S. Fox
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

Dated: _____

_____
United States Bankruptcy Judge