

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
May 31, 2017
_____

NVB 3011 (Rev. 12/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−09−22042−mkn |
| | CHAPTER 7 |
| CONSOLIDATED ORLANDO, INC. | |
| | ORDER FOR |
| Debtor(s) | PAYMENT OF UNCLAIMED FUNDS |

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore,

**IT IS ORDERED** that the amount of $ 9,011.79 constituting an unclaimed dividend is declared due to Edna H. Hart.

**IT IS FURTHER ORDERED** that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

Edna H. Hart
c/o American Property Locators
3855 S. Boulevard Suite 200
Edmond, OK 73013

###