William A Leonard, Jr  
Trustee in Bankruptcy  
6625 S Valley View Blvd Bldg B Ste 224  
Las Vegas, NV 89118  
(702) 262-9322  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 09-22042- MKN |
| CONSOLIDATED ORLANDO, INC | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | DATE: April 12, 2018<br>TIME: 11:00 a.m.<br>PLACE: Foley Federal Building, 3rd Fl. |

TO: ALL PARTIES IN INTEREST

    A NOTICE IS HEREBY GIVEN that a NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

    Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed , and service of the opposition must be completed on the movant, no later than fourteen (14) days proceeding the hearing date for the motion. The opposition must set forth all relevant facts and and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection © of this rule."

> Any Opposition must be filed pursuant to Local Rule 9014 (b) (1).
> Local Rule 9014 (b) (1): "If you object to the relief requested, you must file a written response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> *    The court may refuse to allow you to speak at the scheduled hearing; and
> *    The court may rule against you without formally calling the matter at the hearing.

LR 9014 (d) (1): If an objection is not timely filed and served, the relief requested may be granted without a hearing. LR 9014 (b) (1).

    NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, Third Floor, 300 Las Vegas Blvd. So., Las Vegas, Nevada, 89101 on the 12th day of April, 2018, at the hour of 11:00 a.m.

Dated: March 9 ,2018

/s/ William A Leonard, Jr  
William A Leonard, Jr, Trustee