| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Consolidated Orlando, Inc. |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name  Middle Name   Last Name | |

United States Bankruptcy Court for the: District of Nevada

Case number: 09-22042

RECEIVED AND FILED DLS

2022 SEP 12  A 11: 52

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

---

**Form NVB 1340 (12/19)**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $7,020.36 |
|---|---|
| Claimant's Name: | Law Offices of Alexander M. Gurevich, PC as assignee to Maggie E. Sarmiento |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 700 Smith St #61070<br>Houston, TX 77002<br>(713) 489-3243<br>lawofficesofalexmgurevichpc@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **3. Supporting Documentation** | |
| ☑ | Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation as a supplement to this application. If applicant is filing electronically, supporting documents must be filed using the correct docket event. |
| **4. Notice to United States Attorney** | |
| ☑ | Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address: |

Office of the United States Attorney District
of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 08/24/2022 | Date: |
| *A. Gurevich* (signature) | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Alexander M. Gurevich - Managing Member | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 700 Smith St #61070  Houston, TX 77002 | Address: |
| Telephone: (713) 489-4295 | Telephone: |
| Email: lawofficesofalexmgurevichpc@gmail.com | Email: |

| 6. Notarization | 6. Notarization |
|---|---|
| STATE OF Texas | STATE OF _____ |
| COUNTY OF Harris | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated 08/24/2022 was subscribed and sworn tbefore me this 24 day of August, 20 22 by *A Gurevich* who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. (SEAL)    Notary Public *J Lartigue* My commission expires: 10/22/2025 [Notary seal: JASMINE LARTIGUE, Notary ID #13340792-7, My Commission Expires October 22, 2025] | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. (SEAL)    Notary Public _____ My commission expires: |
| Please attach notarization as a separate document if needed. | Please attach notarization as a separate document if needed. |

Form 1340     Application for Payment of Unclaimed Funds     Page 3