NVB 3011 (Rev. 2/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−09−22042−mkn |
| CONSOLIDATED ORLANDO, INC. | CHAPTER 7 |
| Debtor(s) | NOTICE OF DEFICIENCY ON MOTION TO PAY UNCLAIMED FUNDS |

The request for payment of Unclaimed Funds submitted by LAW OFFICES OF ALEXANDER M. GUREVICH, P.C. AS ASSIGNEE TO MAGGIE E. SARMIENTO has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

* Form AO213, Vendor Information/TIN Certification, or W−9, Request for Taxpayer Identification Number and Certification.
* Other: The TIN provided does not match the name please provide name and TIN number used when submitting tax returns.

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at Financial@nvb.uscourts.gov.

Dated: 9/26/22

Financial Deputy Clerk