

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 14, 2022

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CONSOLIDATED ORLANDO, INC.

Debtor(s)

BK−09−22042−mkn
CHAPTER 7

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 11/03/2022, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$4,551.74 is declared due to:
DAVID B SCHMIEDEBERG.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
DAVID B SCHMIEDEBERG
7595 Dancy Rd
San Diego, CA. 92126

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###