

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 12, 2022

NVB 5075−3 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> CONSOLIDATED ORLANDO, INC. <br><br> Debtor(s) | BK−09−22042−mkn <br> CHAPTER 7 <br><br><br> ORDER VACATING <br> ORDER ENTERED IN ERROR |

It having been determined that, due to clerical error, an order was entered in this matter. (Dkt. # 695).

**IT IS ORDERED** that the
Order Granting Application For Payment Of Unclaimed Funds; Unclaimed Funds have been paid out previously on schedule #155.
entered on 11/14/22 is hereby vacated.

###