United States Bankruptcy Court
District of Nevada

In re:                                                                                                        Case No. 09-22042-mkn
CONSOLIDATED ORLANDO, INC.                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2            User: admin            Page 1 of 2
Date Rcvd: Jan 19, 2023            Form ID: pdf989            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

**Recip ID          Recipient Name and Address**
cr            +    DAVID B. SCHMIEDEBERG, AS ASSIGNEE TO JESSE D. GAR, 7595 DANCY RD, SAN DIEGO, CA 92126-5614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:**

**Name**            **Email Address**

BRIAN J. DILKS
           cmecf@dilksknopik.com

CHRISTINE A ROBERTS
           on behalf of Trustee WILLIAM A. LEONARD Christine@crobertslaw.net  lynn@crobertslaw.net

LENARD E. SCHWARTZER
           on behalf of Debtor CONSOLIDATED ORLANDO  INC. efilings@sailawfirm.com

SHAWN CHRISTIANSON
           on behalf of Creditor ORACLE AMERICA  INC. schristianson@buchalter.com, cmcintire@buchalter.com

U.S. TRUSTEE - LV - 7
           USTPRegion17.LV.ECF@usdoj.gov

WILLIAM A. LEONARD
           Trustee@bktte.com  wal@trustesolutions.net

District/off: 0978-2 User: admin Page 2 of 2
Date Rcvd: Jan 19, 2023 Form ID: pdf989 Total Noticed: 1
TOTAL: 6



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 19, 2023

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

CONSOLIDATED ORLANDO, INC.

Debtor(s)

BK−09−22042−mkn
CHAPTER 7

ORDER GRANTING
APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS

On 12/27/2022, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$3,044.10 is declared due to:
David B. Schmiedeberg.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
David B. Schmiedeberg
7595 Dancy Rd
San Diego, CA. 92126

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###